**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Heather Lynn Dean and Joseph Kasey, Defendants,

Of whom Joseph Kasey is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001396

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-170
Submitted April 29, 2021 – Filed May 14, 2021

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA; and
Heather Marie Moore, of Axelrod & Associates, PA, of
Myrtle Beach, for the Guardian ad Litem for the child.

Melanie Carol Nicholson, of Law Office of Melanie C. Nicholson, of North Myrtle Beach, Guardian ad Litem for the appellant.

---

**PER CURIAM:**  Joseph Kasey appeals from the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Kasey's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.